WILLIAM J. KARSA & Co. *v.* UNITED STATES

No. 4817.—Invoices dated Shanghai, China, February 11, 1936, etc.
Certified February 12, 1936, etc.
Entered at New York March 28, 1936, etc.
Entry No. 820089, etc.

(Decided March 25, 1940)

*Fred Bennett* (*Harry M. Farrell* of counsel) for the plaintiffs.
*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

TILSON, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, have been submitted upon a stipulation to the effect that the market value or price at the dates of exportation of the instant merchandise, at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of China for export to the United States, in the usual wholesale quantities and in the ordinary course of trade, including all costs, charges, and expenses specified in section 402 (d) of the Tariff Act of 1930 was the appraised values, less any amount added under duress.

Accepting this stipulation as a statement of fact, I find and hold the proper dutiable export values of the merchandise covered by said appeals to be the values found by the appraiser, less any amount added under duress. Judgment will be rendered accordingly.